IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christa Kachur,                        Case No. 3:25 CV 464

       Plaintiff,                <u>JUDGMENT ENTRY</u>

      -vs-

                                   JUDGE JACK ZOUHARY

Globe Life and Accident Insurance
Company,

       Defendant.

       For the reasons stated in the accompanying Order (Doc. 12), Kachur's Motion (Doc. 9) is denied. Globe's Motion (Doc. 8) is granted. This case is dismissed.

       IT IS SO ORDERED.

                                             <u>s/ *Jack Zouhary*</u>
                                             JACK ZOUHARY
                                             U. S. DISTRICT JUDGE

                                             July 8, 2025